TOMAS E. MARGAIN, Bar No. 193555
CASA LEGAL
84 W. SANTA CLARA ST., STE. 790
SAN JOSE, CA 95113
TEL (408) 317-1100
FAX (408) 351-0105
Tomas@LaCasaLegal.com

Attorney for Plaintiff
JOSE VAZQUEZ-CARREON

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VAZQUEZ-CARREON<br><br>Plaintiff,<br><br>v.<br><br>THE PEASANT AND THE PEAR, INC. and RODNEY WORTH,<br><br>Defendants. | Case No.: **CV 12-05551 EDL**<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; ORDER**<br>AS MODIFIED<br>DATE: February 19, 2013<br>TIME: 10:00am<br><br>Courtroom E, 15th Floor |

THE PARTIES THROUGH THEIR COUNSEL OF RECORD HEREBY STIPULATE AS FOLLOWS:

1. The initial Case Management Conference is set for February 19, 2013, at 10:00 a.m. The parties wish to continue this Case Management Conference until after they participate in mediation with court-appointed mediator Suzanne Nusbaum. The mediation date has not yet been set.

2. The parties agree to continue the Case Management Conference to April 16, 2013, at 10:00 a.m.

JOINT CMC STATEMENT

- 1 -

3. The continuance will allow the parties to participate in mediation and to provide one agreed-upon set of proposed cut off dates as well as dispositive motion and pre trial conference and trial dates. Based on further meeting and conferring, Plaintiff's counsel agrees that the dates proposed by Defendant allow the parties to focus on trying to settle this matter prior to incurring fees on discovery.

4. The parties are proposing a continuance of two months because they are informed and believe that the assigned judge will be away for several weeks.

FOR PLAINTIFF                              CASA LEGAL

DATED: 2/14/2013           By: _____
                                Tomas E. Margain

FOR DEFENDANTS                          FRANKEL & GOLWARE, LLP

DATED: February 14, 2013   By: _____
                                Ellen P. Rosenbluth

BASED ON THE ABOVE STIPULATION THE COURT ORDERS AS FOLLOWS:

The initial Case Management Conference is continued as follows:

~~April 16, 2013~~ April 17, 2013

Initial Case Management Conference at 10:00 a.m. Courtroom E, 15th Floor

IT IS SO ORDERED

DATED: February 15, 2013        By: _____
                                     Hon. Elizabeth D. Laporte
                                     Magistrate Judge of the United States
                                     District Court